**Place of Offense:**                 Category No.  III                 Investigating Agency  FBI

**City**  Boston, Massachusetts            **Related Case Information:**

**County**  Suffolk                 Superseding Ind./ Inf. _____    Case No. _____
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number
                                    Search Warrant Case Number   19-MJ-7118 and -7119-JCB
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Jonathan Nguyen                     Juvenile:    ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name  _____

Address (City & State)  Windham, New Hampshire

Birth date (Yr only): 1997    SSN (last4#): 5815    Sex  M    Race: Asian    Nationality: US Citizen

**Defense Counsel if known:**    Charles J. Keefe, Esq.    Address  Wilson, Bush & Keefe, P.C.

**Bar Number**  _____                           378 Main Street, Nashua, NH 03060
                                                 keefe@wbdklaw.com

**U.S. Attorney Information:**

**AUSA**   David J. D'Addio                     Bar Number if applicable  _____

**Interpreter:**   ☐ Yes   ☑ No     List language and/or dialect:  _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____  in  _____ .
☐ Already in State Custody at  _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____   on  _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   05/26/2020        Signature of AUSA:  *[signed] D. J. D'Addio*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jonathan Nguyen

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Wire Fraud, Access Device Fraud, and Identity Theft | 1 |
| Set 2 | 18 USC §§ 981 and others | Criminal Forfeiture Allegations | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____