PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (TranCourt)**
1:20CR10100-1

**DOCKET NUMBER (Rec. Court)**

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Jonathan Nguyen

**DISTRICT**
District of Massachusetts

**DIVISION**

**NAME OF SENTENCING JUDGE**
Honorable Allison D. Burroughs

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 12/10/2021
TO: 12/10/2023

**OFFENSE**

Conspiracy to Commit Wire Fraud, Access Device Fraud, and Identity Theft, in violation of 18 USC § 371

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Massachusetts

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of New Hampshire** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

1/11/2022
Date

_/s/ Allison D. Burroughs_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF New Hampshire

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge